UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **WILFRED SEGURA** | **CASE NO.  6:18-CV-01090** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | **MAGISTRATE JUDGE HANNA** |

### ORDER OF DISMISSAL WITH PREJUDICE

Having received notice that the parties have resolved their claims,

IT IS HEREBY ORDERED that this matter is dismissed in its entirety, with prejudice.

THUS DONE in Chambers on this 20th day of August, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE